UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR-06-055-RHW |
| ) | |
| vs. ) | ORDER GRANTING MOTION |
| ) | IN PART |
| STEVEN CASSELL, ) | |
| ) | |
| Defendant. ) | |

BEFORE THE COURT is Defendant's Motion to modify. The Defendant requests the travel restriction in his conditions of release be lifted, or in the alternative, that he be allowed to travel to Seattle, on August 5-7, 2006. The court has reviewed the Motion and the United States' Response.

**IT IS ORDERED** that the Motion **(Ct. Rec. 20)** is **GRANTED in part.** The travel restriction shall remain. However, Mr. Cassell shall be allowed to travel to Seattle, Washington, during the dates of **August 5, 2006, and returning on August 7, 2006.**

DATED August 2, 2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION IN PART
1