UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-06-055-RHW |
| | ) | |
| vs. | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY CONDITIONS |
| STEVEN CASSELL, | ) | OF RELEASE |
| | ) | |
| Defendant. | ) | |

The Defendant's unopposed Motion to Modify Conditions of Release which restricts Mr. Cassell's travel to the Eastern District of Washington having been read and considered,

**IT IS ORDERED** that the Defendant's unopposed Motion **(Ct. Rec. 32)** is **GRANTED.** The condition of release which requires Mr. Cassell to first obtain permission of the court before leaving the Eastern District of Washington is **MODIFIED.** Mr. Cassell may travel outside the Eastern District of Washington, but must advise his probation officer in advance of said travel. Mr. Cassell need not obtain prior permission before traveling.

DATED September 20, 2006.


                    S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1